UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

JOHNNY RODRIGUEZ,

        Defendant.
-----------------------------------------------------x

ORDER

18 CR 285 (PKC)

P. Kevin Castel, U.S.D.J.

        On January 8, 2021, this Court entered an Order denying defendant's motion for a sentence reduction foe extraordinary and compelling reasons. (ECF 75.) Defendant timely moved for reconsideration. (ECF 76.)

        The United States Bureau of Prisons inmate database reveals that defendant was released from BOP custody on October 19, 2022. Accordingly, his motion which is premised principally on circumstances that are not relevant upon release is DENIED as moot. The Clerk is requested to terminate the motion (ECF 76).

        SO ORDERED.

                                                  P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       June 12, 2024